IN THE UNITED STATES DISTRICT COURT FOR THE   FILED

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-___ |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| AISHA ABDUSH-SHAKUR, | ) | Court Date: July 8, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512615)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 2, 2019, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, AISHA ABDUSH-SHAKUR, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __6__ day of May 2019 to the defendant's home of record.

By: _____

Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov